

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00551-CR

Tony **RIOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4051
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The appellant has filed a pro se appellant's brief. We order the State's brief or response due February 28, 2018.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court